Argued and submitted April 17, reversed and remanded for reconsideration July 24, 1991

In the Matter of the Compensation of
Larry McSperitt, Claimant.
ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Larry McSPERITT,
*Respondent.*
(89-10041; CA A66935)
813 P2d 581

****

Stafford J. Hazelett, Portland, argued the cause for petitioner. With him on the brief were Thomas M. Sheridan and Davis & Bostwick, Portland.

Michael T. Garone, Portland, argued the cause for respondent. With him on the brief was Jolles, Sokol & Bernstein, P.C., Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 813 P2d 844 (1991), and *Liberty Northwest Ins. Corp. v. Damm,* 107 Or App 764, 812 P2d 854 (1991).